**Order entered July 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00718-CV

### RSL FUNDING, LLC, ET AL., Appellants

### V.

### RICKEY NEWSOME, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14580-L**

## ORDER

We **GRANT** appellants' July 22, 2015 motion for an extension of time to file a brief.

Appellants shall file a brief by **AUGUST 21, 2015**. We caution appellants that no further

extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
         JUSTICE